# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 11, 2025

**To:**   Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-1216 |
| Caption:<br>BILLIE JEROME ALLEN,<br>   Petitioner - Appellant<br><br>v.<br><br>S. MERENDINO,<br>   Respondent - Appellee |
| District Court No: 2:20-cv-00406-JRS-MJD<br>Clerk/Agency Rep Kristine L. Seufert<br>District Judge James R. Sweeney, II<br><br>Date NOA filed in District Court: 02/11/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)