# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 11, 2025

*By the Court:*

|  |  |
|---|---|
| No. 25-1216 | BILLIE JEROME ALLEN,<br>      Petitioner - Appellant<br><br>v.<br><br>S. MERENDINO,<br>      Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00406-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II | |

The court notes that petitioner was represented in the district court by court appointed attorney Eric Montroy. Attorney Eric Montroy filed a notice of appeal on February 11, 2025 and apparently will represent petitioner Billie Jerome Allen in this appeal.

Accordingly, Counsel is reminded to seek reappointment in this court if he intends to seek compensation under the Criminal Justice Act for his work, if any, on appeal. See Johnson v. Chandler, 487 F.3d 1037 (7th Cir. 2007).

form name: **c7_Order_BTC**    (form ID: **178**)