# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Billie Jerome Allen, | : | |
| | : | |
| Petitioner-Appellant, | : | |
| | : | **DOCKETING STATEMENT** |
| v. | : | |
| | : | **CASE NO. 25-1216** |
| S. Merendino, | : | |
| | : | **2:20-cv-00406-JRS-MJD** |
| Respondent-Appellee. | : | |

## I.     JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 2241.  Petitioner/Appellant Billie Jerome Allen is serving a sentence of life without parole, following President Biden's commutation of his death sentence, and is currently incarcerated at USP Terre Haute in Terre Haute, Indiana.

## II.     JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Southern District of Indiana, entered on August 25, 2024 (denying habeas petition), and January 23, 2025 (denying timely Rule 59 motion), by the Honorable James R. Sweeney II. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court on February 11, 2025.

### III.  PRIOR LITIGATION INVOLVING THE SAME CONVICTION

This appeal relates to Petitioner/Appellant's convictions under *United States v. Allen*, No. 4:97-cr-00141-ERW-2 (E.D. Mo.).

The Eighth Circuit affirmed the conviction and death sentence. *United States v. Allen,* 247 F.3d 741 (2001). The Supreme Court granted certiorari and remanded. *Allen v. United States,* 536 U.S. 953 (2002). On remand, a panel of the Eight Circuit vacated Mr. Allen's death sentence. *United States v. Allen,* 357 F.3d 745 (8th Cir. 2004). The *en banc* Eighth Circuit subsequently reversed and reinstated the death sentence. *United States v. Allen,* 406 F.3d 940 (8th Cir. 2005), *cert. denied Allen v. United States,* 127 S. Ct. 826 (2006).

Mr. Allen filed a § 2255 petition in the Eastern District of Missouri.  *Allen v. United States,* Case No. 07-CV-0027. The Court denied the petition and denied a certificate of appealability. *Allen v. United States,* 2014 WL 2882495.  The Eighth

Circuit granted a COA on a single issue and affirmed. *Allen v. United States*, 829

F.3d 965 (8th Cir. 2016) *cert den* 583 U.S. 830 (2017).

Respectfully submitted,

/s/ Eric Montroy
Eric Montroy
Stuart Lev
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Eric_Montroy@fd.org

Dated:   February 19, 2025

## CERTIFICATE OF SERVICE

I, Eric Montroy, hereby certify that on this 19th day of February 2025, I filed the foregoing document via the Court's electronic filing system, which system will serve a copy of upon all counsel of record.

/s/Eric Montroy
Eric Montroy
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826