# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 20, 2025

*By the Court:*

|  |  |
|---|---|
| No. 25-1216 | BILLIE JEROME ALLEN, <br> Petitioner - Appellant <br><br> v. <br><br> S. MERENDINO, <br> Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00406-JRS-MJD |
| Southern District of Indiana, Terre Haute Division |
| District Judge James R. Sweeney, II |

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement that provides information concerning appellate jurisdiction.

In the present case, appellant's Circuit Rule 3(c) docketing statement fails to specify the date that the motion to alter or amend the judgment was filed. Appellant must provide this information. Cir. R. 28(a)(2)(ii). Accordingly,

**IT IS ORDERED** that appellant shall file an amended docketing statement that provides a complete statement of jurisdiction that includes the omitted information. The statement is due on or before February 27, 2025.

form name: **c7_Order_BTC**     (form ID: **178**)