# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 21, 2025

*By the Court:*

|  | BILLIE JEROME ALLEN, <br> Petitioner - Appellant |
|---|---|
| No. 25-1216 | v. |
|  | STEVEN MERENDINO, <br> Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00406-JRS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge James R. Sweeney, II ||

**IT IS ORDERED** that appellant Billie Jerome Allen shall have thirty days from the date at the top of this order to file a memorandum explaining why this court should not summarily affirm the district court's judgment. Allen should address what effect, if any, the commutation of his death sentence has on this appeal. Briefing in this case is otherwise suspended pending further order of this court.

form name: **c7_Order_BTC**    (form ID: **178**)