No. 25-1216

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

BILLIE JEROME ALLEN,

*Petitioner-Appellant,*

v.

S. MERENDINO,

*Respondent-Appellee.*

## MOTION FOR EXTENSION OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO SUGGESTION OF SUMMARY AFFIRMANCE

Petitioner-Appellant, Billie Jerome Allen, through counsel, respectfully moves this Honorable Court for an extension of time from March 24, 2025, through and including April 23, 2025, to file Appellant's Memorandum in Opposition to the Suggestion of Summary Affirmance. This request is made pursuant to Fed. R. App. P. 26(b) and Circuit Rule 26. In support of this motion, an affidavit of counsel is attached.

Respectfully submitted,

/s/ Stuart Lev
STUART LEV
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
stuart_lev@fd.org

ATTORNEY FOR PETITIONER-
APPELLANT

Dated: March 13, 2025

**No. 25-1216**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

BILLIE JEROME ALLEN,

*Petitioner-Appellant,*

v.

S. MERENDINO,

*Respondent-Appellee.*

---

**AFFIDAVIT**

Assistant Federal Defender Stuart Lev states as follows:

1.      I am lead counsel in the above captioned appeal.  I am submitting this affidavit in support of Appellant's Motion for an Extension of Time.  This is Appellant's first request for an extension.

2.      This is an appeal from the denial of a petition for habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner/Appellant Billie Jerome Allen is serving a sentence of life without parole, following President Biden's commutation of his death sentence, and is currently incarcerated at USP Terre Haute in Terre Haute, Indiana.

3.      On February 21, 2025, this Court issued an Order requiring Appellant to file a memorandum explaining why this Court should not summarily affirm the

1

district court's judgement. The Order also required Appellant to address what effect, if any, the commutation of his death sentence might have on this appeal. This Court gave Appellant thirty (30) days to file his memorandum. Thus, the memorandum is due by March 24, 2025.

4. The issues to be addressed in the memorandum are complex and require time for comprehensive research. In particular, the effect of the commutation is an issue that was not addressed below because the commutation came after the matters had been briefed. Thus, I cannot rely on the briefing below to address this Court's question.

5. I have primary responsibility for the preparation and writing of the memorandum. I hold the position of Senior Litigator in the Capital Habeas Unit at the Federal Community Defender Office for the Eastern District of Pennsylvania. I have an active caseload of more than twenty capital habeas and state post-conviction cases in various jurisdictions throughout the nation. In addition, as Senior Litigator, I have responsibilities for editing briefs written by other attorneys in the unit as well as consulting on issues that arise in other cases.

6. In just the past few weeks. I was part of the team assisting arguing counsel in her preparation for oral argument before the United States Supreme Court in *Gutierrez v. Saenz*, No. 23-7309, a capital case out of Texas. The Supreme Court heard argument on February 24, 2025. Following that argument, I

prepared for and, on February 28, 2025, presented oral argument in a capital habeas case in the South Dakota District Court in *Piper v. Sullivan*, Civ. No. 20-cv-05074-RAL.  I then prepared for and appeared at an evidentiary hearing, on March 5, 2025, in a capital post-conviction proceeding in the Court of Common Pleas for York County, Pennsylvania in *Commonwealth v. Morales*, CP-67-CR-0007259-2009.

7.      In addition, time is needed in order to consult with Mr. Allen, who has played an active role in this litigation.  Such consultation and communication can be cumbersome in light of Mr. Allen's incarceration far from my office.

8.      Accordingly, Appellant is requesting an extension of thirty days – until April 23, 2025 – to file Appellant's Memorandum regarding summary affirmance.

FURTHER AFFIANT SAYETH NOT.

Respectfully submitted,

/s/ Stuart Lev
STUART LEV
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
stuart_lev@fd.org

Dated:  March 13, 2025