# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 14, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1216 | BILLIE JEROME ALLEN,<br>          Petitioner - Appellant<br><br>v.<br><br>STEVEN MERENDINO,<br>          Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00406-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO SUGGESTION OF SUMMARY AFFIRMANCE**, filed on March 13, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Appellant's memorandum is due by April 23, 2025.

form name: **c7_Order_BTC**    (form ID: **178**)