IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | Case No. 25-1216 |
| | ) | |
| *Petitioner-Appellant*, | ) | Appeal from the United States |
| | ) | District Court for the Southern |
| v. | ) | District of Indiana, |
| | ) | Terre Haute Division |
| STEVEN MERENDINO, | ) | |
| | ) | USDC No. 2:20-cv-406-JRS-MJD |
| *Respondent-Appellee*. | ) | Hon. James R. Sweeney, II, *Chief* |
| | ) | *Judge* |

**ENTRY OF APPEARANCE**

Samuel C. Freedlund, Assistant United States Attorney for the Eastern District of Missouri, enters his appearance on behalf of Respondent-Appellee Steven Merendino.

Respectfully submitted,

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund, #73707MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri, 63102
314-539-7703
Samuel.Freedlund@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he electronically filed the foregoing entry of appearance with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Samuel C. Freedlund*